Case 8:98-cr-00288-RAL   Document 181   Filed 01/19/07   Page 1 of 2 PageID 236
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
|  | (For Revocation of Probation or Supervised Release) |
| V. |  |
|  | Case Number: 8:98-cr-288-T-26TBM |
| JARVIS ANDREW SALARY | USM Number: 37968-018 |

_Mary Mills_
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, 3, 7__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Conviction for Conduct Occurring While on Supervision | May 11, 2004 |
| 2 | New Conviction for Conduct Occurring While on Supervision | December 14, 2004 |
| 3 | New Conviction for Conduct Occurring While on Supervision | December 13, 2005 |
| 7 | Failure to Notify the Probation Officer Within 72 Hours After Being Arrested or Questioned by a Law Enforcement Officer | June 2, 2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) __4, 5, 6__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_1/19/07_
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_1/19/07_
Date

DEFENDANT: JARVIS ANDREW SALARY
CASE NUMBER: 8:98-cr-288-T-26TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SIXTEEN (16) MONTHS

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Coleman facility.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

___ at _____ a.m. p.m. on _____.

___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___ before 2 p.m. on _____.

___ as notified by the United States Marshal.

___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL